IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02960-RM-KMT

BLAINE HARRINGTON,

  Plaintiff,

v.

McGRAW-HILL GLOBAL EDUCATION HOLDINGS LLC *et al.,*

  Defendants.

**DECLARATION OF BLAINE HARRINGTON IN SUPPORT OF
PLAINTIFFS OPPOSITION TO MOTION TO TRANSFER VENUE**

I, Blaine Harrington, make this declaration in opposition to the motion to transfer filed by Defendants McGraw-Hill Global Education Holdings, LLC and McGraw-Hill School Education Holdings, LLC (collectively "MHE") (Doc. 19). I have personal knowledge of the facts stated herein and if called upon could testify to them.

1. I am a professional photographer and reside in Littleton, Colorado. I own the copyrights at issue in this case.

2. I authorized stock photo agencies, including Alamy, age fotostock, and Corbis Corporation ("Corbis"), to issue limited licenses for use of my photographs.

3. The royalty statements that I received from Corbis typically included the invoice number and date, the licensor name, the Agency's image ID and description, a code for the type of use (i.e., "BOOK" or "ADMAG"), the customer (licensee) name, and the royalty calculation. In or around 2011, Corbis stopped including customer names in its statements.

---

Declaration of Blaine Harrington in Opposition to Motion to Transfer   Case No. 17-cv-02960-RM-KMT

The royalty statements also do not include license terms or the specific limits on how the customer may use the photographs, such as number of copies, distribution area, image size, language, duration and/or media (print or electronic). I did not receive copies of the licenses that Corbis issued to publishers like MHE at the time the licenses were issued, or know of the standard terms or conditions incorporated into those licenses, including any forum selection clause.

4.   I am informed that MHE bases its request for transfer to New York upon the language in the Corbis invoices referenced above, and pricing agreements that MHE claims it made with Corbis that MHE contends contain a New York forum selection clause. Corbis did not inform me that it made any specific pricing agreements with MHE, or disclose the terms of those agreements to me, and I did not know about the existence of any forum selection clause in any pricing agreements at the time Corbis and MHE made those agreements.

5.   My documents pertinent to this action are located in Littleton, Colorado.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Littleton, Colorado, on February  13 , 2018

*Blaine Harrington*
Blaine Harrington

---

Declaration of Blaine Harrington in Opposition to Motion to Transfer   Case No. 17-cv-02960-RM-KMT

2

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018 caused the foregoing Declaration to be filed via ECF with the Clerk of Court, who will send notification to all counsel of record.

*s/ Amanda L. Bruss*
Amanda L. Bruss
Harmon Seidman Bruss & Kerr, LLC

---

DECLARATION OF BLAINE HARRINGTON IN OPPOSITION TO MOTION TO TRANSFER      Case No. 17-cv-02960-RM-KMT

1