IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02960-RM-KMT

BLAINE HARRINGTON,

      Plaintiff,

v.

McGRAW-HILL GLOBAL EDUCATION HOLDINGS LLC *et al.,*

      Defendants.

---

## DECLARATION OF BLAINE HARRINGTON IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

I, Blaine Harrington, make this declaration in opposition to the motion to transfer filed by Defendants McGraw-Hill Global Education Holdings, LLC and McGraw-Hill School Education Holdings, LLC (collectively "McGraw") (Doc. 52). I have personal knowledge of the facts stated herein and if called upon could testify to them.

1. I am a professional photographer and reside in Littleton, Colorado. I own the copyrights at issue in this case.

2. I authorized stock photo agencies, including Corbis Corporation ("Corbis") and its predecessor The Stock Market, to issue limited licenses for use of my photographs.

3. At the time I filed this case, I knew only that McGraw had a pattern and practice of infringing stock photography in its publications, and that McGraw used his Photographs in ten publications (discovered by my counsel) for which he had no record of any license ever having been granted.

4.     The royalty statements that I received from Corbis typically included the invoice number and date, the licensor name, Corbis's image ID and description, a code for the type of use (i.e., "BOOK" or "ADMAG"), the customer (licensee) name, and the royalty calculation.  The royalty statements did not include license terms or the specific limits on how the customer may use the photographs, such as number of copies, distribution area, image size, language, duration and/or media (print or electronic).  I did not receive copies of the licenses that Corbis issued to publishers like McGraw.

5.     Because much of the licensing of my work was done through stock photo agencies, my ability to determine whether any of McGraw's uses were infringing was limited.  I don't believe McGraw's usage data is publicly available, so even if I knew that a license was issued for one of my photographs in a particular McGraw publication, I would have no way to know whether McGraw continued to use the photograph after that license was used up.

6.     I looked for but could not locate my agreement with The Stock Market.

7.     At some time after Corbis acquired The Stock Market, I entered into a one-year agreement with Corbis, under the same basic terms as my Sock Market agreement.  After that year, I did not sign a new contract with Corbis until November 7, 2005.  During the period between contracts, Corbis continued to issue limited licenses for my work, but I did not supply any new photographs to Corbis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Littleton, Colorado, on September  14 , 2018

*Blaine Harrington*

Blaine Harrington

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018 caused the foregoing Declaration to be filed via

ECF with the Clerk of Court, who will send notification to all counsel of record.


*s/ Amanda L. Bruss*
Amanda L. Bruss
Harmon Seidman Bruss & Kerr, LLC