# Exhibit 1

To the Declaration of Blaine Harrington in Support of
Plaintiff's Motion for Partial Summary Judgment

*Harrington v. McGraw-Hill Global Education Holdings LLC et al.*
Civil Action No. 1:17-cv-02960-RM-KMT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-775-610

**Effective date of registration:**

April 26, 2011

---

**Title**

**Title of Work:** Blaine Harrington III Worldwide Travel Photography

**Completion/Publication**

**Year of Completion:** 2011

**Date of 1st Publication:** April 24, 2011     **Nation of 1st Publication:** United States

**Author**

■     **Author:** Blaine G Harrington III, dba  Blaine Harrington Photography

**Author Created:** text, photograph(s)

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

**Year Born:** 1954

**Copyright claimant**

**Copyright Claimant:** Blaine G Harrington III, dba  Blaine Harrington Photography

7533 South Overlook Way, Littleton, CO, 80128, United States

**Rights and Permissions**

**Organization Name:** Blaine Harrington Photography

**Name:** Blaine G Harrington III

**Email:** blaine@blaineharrington.com     **Telephone:** 303-932-9062

**Address:** 7533 South Overlook Way

Littleton, CO 80128  United States

**Certification**

**Name:** Blaine G. Harrington III

**Date:** April 26, 2011

Harrington v. MHE 000232 Page 1 of 2

# Blaine Harrington
PHOTOGRAPHY

GALLERIES | SEARCH | ABOUT | CONTACT | LIGHTBOX | CART | CLIENT AREA

## USA-California-Santa Barbara

Search this gallery: [                    ] Search

5 images | ▢ VIEW SLIDESHOW | ▣ Share | ▣ [        ]                    » DISPLAY OPTIONS

Travel photography of Santa Barbara, California including scenes with Porsche Speedster, by Blaine Harrington III.



CA-SB-97-5-04.jpg
Santa Barbara, California USA



CA-SB-97-7-06.jpg
Along the beach, Cabrillo
Boulevard, Santa...



CA-SB-97-1-23_cs.jpg
Porsche Speedster, Montecito,
California



CA-SB-97-2-17_cs.jpg
Porsche Speedster with
surfboard at sunset...



CA-SB-97-2-22_cs.jpg
Porsche Speedster, Montecito,
California USA

all images © Blaine Harrington III | contact | All Rights Reserved | blaine@blaineharrington.com | 303.932.9062

powered by PhotoShelter

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-650**

**Effective Date of Registration:**
October 11, 2017

## Title

**Title of Work:** Blaine Harrington III Photography Group Registration Photos, published May 19, 1995 to September 13, 1995, 8 Photos

**Content Title:** CO-DIA-95-6-08, September 13, 1995; CO-DIA-95-6-08, September 13, 1995; LH-95-2-27, May 19, 1995; LH-95-3-04, May 19, 1995; LH-95-3-05, May 19, 1995;
LH-95-3-08, May 19, 1995; LH-95-3-12, May 19, 1995; LH-95-3-13, May 19, 1995.

## Completion/Publication

**Year of Completion:** 1995
**Date of 1st Publication:** May 19, 1995
**Nation of 1st Publication:** United States

## Author

**Author:** Blaine Harrington III
**Author Created:** photograph
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Blaine Harrington III
7533 South Overlook Way, Littleton, CO, 80128, United States

## Rights and Permissions

**Name:** Blaine Harrington III
**Email:** blaineharr@comcast.net
**Telephone:** (303)932-9062
**Address:** 7533 South Overlook Way
Littleton, CO 80128 United States

Harrington v. MHE 000235

## Certification

**Name:**  Blaine G. Harrington III
**Date:**  October 30, 2017

**Correspondence:**  Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-653**

**Effective Date of Registration:**
October 11, 2017

## Title

**Title of Work:**   Blaine Harrington III Photography Group Registration Photos, published May 7, 1990 to Sept. 19, 1990; 30 Photos

**Content Title:**   CT-SP-90-2-21, September 19, 1990; CT-SP-90-2-35, September 19, 1990; CT-SP-90-3-24, September 19, 1990; E-SU-90-10-07, October 11, 1990; E-SU-90-15-21, October 11, 1990; E-SU-90-15-22_cs, October 11, 1990; E-SU-90-15-31_cs, October 11, 1990; E-SU-90-15-34_cs, October 11, 1990; E-SU-90-15-34, October 11, 1990; E-SU-90-22-33_cs, October 11, 1990; E-SU-90-22-38_cs, October 11, 1990; E-SU-90-30-02b_cs, October 11, 1990; E-SU-90-36-29_cs, October 11, 1990; E-SU-90-38-29_cs, October 11, 1990; E-SU-90-39-29_cs, October 11, 1990; E-SU-90-43-26_cs, October 11, 1990; E-SU-90-67-12_cs, October 11, 1990; E-SU-90-75-30_cs, October 11, 1990; E-SU-90-84-10_cs, October 11, 1990; E-SU-90-86-07_cs, October 11, 1990; E-SU-90-86-07_cs, October 11, 1990; E-SU-90-93-14_cs, October 11, 1990; E-W-90-20-20, May 7, 1990; E-W-90-34-20_cs, May 7, 1990; E-W-90-53-18, May 7, 1990; E-W-90-62-21, May 7, 1990; E-W-90-63-18, May 7, 1990; E-W-90-63-24, May 7, 1990; E-W-90-75-14_cs, May 7, 1990; E-W-90-83-27_cs, May 7, 1990; E-W-90-114-36, May 7, 1990; E-W-90-127-17_cs, May 7, 1990.

## Completion/Publication

**Year of Completion:**   1990
**Date of 1st Publication:**   May 07, 1990
**Nation of 1st Publication:**   United States

## Author

• **Author:**   Blaine Harrington III
**Author Created:**   photograph
**Work made for hire:**   No
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Blaine Harrington III
7533 South Overlook Way, Littleton, CO, 80128, United States

Harrington v. MHE 000237

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Blaine Harrington III |
| **Email:** | blaineharr@comcast.net |
| **Telephone:** | (303)932-9062 |
| **Address:** | 7533 South Overlook Way |
|  | Littleton, CO 80128 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Blaine G. Harrington III |
| **Date:** | October 30, 2017 |

**Correspondence:** Yes

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-074-117**

**Effective Date of Registration:**
October 11, 2017

## Title

**Title of Work:** Blaine Harrington III Photography Group Registration Photos, published January 15, 1994 to November 16, 1994; 417 Photos.

**Content Title:** ANZ-912-14-30, January 15, 1994; ANZ-912-19-20, January 15, 1994; B4-94-1-38, September 3, 1994; CT-DP-93-3-30, January 15, 1994; E-82-174-18, January 22, 1994; E-94-1-18, October 14, 1994; E-94-2-06-2, October 14, 1994,
E-94-2-06, October 14, 1994; E-94-3-12_cs, October 14, 1994; E-94-3-32_cs, October 14, 1994; E-94-4-19, October 14, 1994; E-94-4-27, October 14, 1994; E-94-4-29, October 14, 1994; E-94-5-03, October 14, 1994; E-94-5-18, October 14, 1994; E-94-5-24, October 14, 1994; E-94-5-25, October 14, 1994; E-94-6-07, October 14, 1994; E-94-6-09, October 14, 1994; E-94-7-26, October 14, 1994; E-94-8-11_cs, October 14, 1994; E-94-8-23_cs, October 14, 1994; E-94-8-37, October 14, 1994; E-94-9-02, October 14, 1994; E-94-9-06, October 14, 1994; E-94-12-05, October 14, 1994; E-94-14-36_cs, October 14, 1994; E-94-15-27_cs, October 14, 1994; E-94-16-33_cs, October 14, 1994; E-94-16-35_cs, October 14, 1994; E-94-17-03_cs, October 14, 1994; E-94-18-28_cs, October 14, 1994; E-94-19-10_cs, October 14, 1994; E-94-19-11_cs, October 14, 1994; E-94-22-35, October 14, 1994; E-94-24-14, October 14, 1994; E-94-29-05, October 14, 1994; E-94-29-27_cs, October 14, 1994; E-94-29-29, October 14, 1994; E-94-29-32_cs, October 14, 1994; E-94-30-11_cs, October 14, 1994; E-94-30-23,
October 14, 1994; E-94-31-08, October 14, 1994; E-94-31-0_cs, October 14, 1994; E-94-31-10, October 14, 1994; E-94-31-12_cs, October 14, 1994; E-94-31-19, October 14, 1994; E-94-31-20, October 14, 1994; E-94-31-27, October 14, 1994; E-94-31-28, October 14, 1994; E-94-31-35, October 14, 1994; E-94-31-36, October 14, 1994; E-94-32-01, October 14, 1994; E-94-32-34_cs, October 14, 1994; E-94-32-27_cs, October 14, 1994; E-94-33-15_cs, October 14, 1994; E-94-33-22_cs, October 14, 1994; E-94-35-30_cs, October 14, 1994; E-94-36-03_cs, October 14, 1994;

; E-94-36-04_cs, October 14, 1994; E-94-36-30_cs, October 14, 1994; E-94-36-31_cs, October 14, 1994; E-94-40-18_cs, October 14, 1994; E-94-41-17, October 14, 1994; E-94-41-27, October 14, 1994; E-94-41-29, October 14, 1994; E-94-42-23, October 14, 1994; E-94-42-25, October 14, 1994; E-94-42-30, October 14, 1994; E-94-42-31, October 14, 1994; E-94-43-17_cs, October 14, 1994; E-94-43-26, October 14, 1994; E-94-45-12, October 14, 1994; E-94-45-31_cs, October 14, 1994; E-94-45-31, October 14, 1994; E-94-48-22, October 14, 1994; E-94-50-01, October 14, 1994; E-94-54-02, October 14, 1994; E-94-54-04, October 14, 1994; E-94-54-05, October 14, 1994; E-94-54-10, October 14, 1994; E-94-55-08, October 14, 1994; E-94-58-14_cs, October 14, 1994; E-94-58-29, October 14, 1994; E-94-58-37, October 14, 1994;

E-94-60-26, October 14, 1994; E-94-61-03, October 14, 1994; E-94-61-24, October 14, 1994; E-94-61-25_cs, October 14, 1994; E-94-62-12_cs, October 14, 1994; E-94-62-12, October 14, 1994; E-94-62-15, October 14, 1994; E-94-62-16, October 14, 1994; E-94-63-22, October 14, 1994; E-94-63-28, October 14, 1994; E-94-64-23_cs, October 14, 1994; E-94-66-33, October 14, 1994; E-94-66-34, October 14, 1994; E-94-67-31_cs, October 14, 1994; E-94-68-16_cs, October 14, 1994; E-94-69-13_cs, October 14, 1994; E-94-71-21_cs, October 14, 1994; E-94- 72-10_cs, October 14, 1994; E-94-72-28_cs, October 14, 1994; E-94-73-07, October 14, 1994; E-94-74-14, October 14, 1994; E-94-74-22, October 14, 1994; E-94-74-26, October 14, 1994; E-94–79-06, October 14, 1994; E-94-79-19_cs, October 14, 1994; E-94-81-20, October 14, 1994; E-94-81-23, October 14, 1994; E-94-87-09, October 14, 1994; E-94-E-94-87-12, October 14, 1994; E-94-89-27, October 14, 1994, E-94-90-23, October 14, 1994; E-94-90-24, October 14, 1994; E-94-90-34, October 14, 1994; E-94-97-06, October 14, 1994; E-94-98-02, October 14, 1994; E-94-101-28_cs, October 14, 1994; E-94-102-37_cs, October 14, 1994; E-94-103-32_cs, October 14, 1994; E-94-105-04, October 14, 1994; E-94-105-37, October 14, 1994; E-94-107-04, October 14, 1994; E-94-108-10, October 14, 1994; E-94-109-19, October 14, 1994; E-94-109-28, October 14, 1994; E-94-109-35, October 14, 1994; E-94-111-28, October 14, 1994; E-94-111-32, October 14, 1994; E-94-118-17, October 14, 1994; E-94-124-31, October 14, 1994;

E-94-128-08, October 14, 1994; E-94-128-09, October 14, 1994; E-94-128-10_cs, October 14, 1994; E-94-128-10, October 14, 1994; E-94-128-11, October 14, 1994; E-94-128-16, October 14, 1994; E-94-129-27, October 14, 1994; E-94-129-36, October 14, 1994; E-94-131-34, October 14, 1994; E-94-132-03, October 14, 1994; E-94-132-04, October 14, 1994; E-94-132-09, October 14, 1994; E-94-132-14, October 14, 1994; E-94-137-22_cs, October 14, 1994; E-94-138-22, October 14, 1994; E-94-142-35, October 14, 1994; E-94-143-01, October 14, 1994; E-94-143-06, October 14, 1994; E-94-1-18, October 14, 1994; E-94-144-24, October 14, 1994; E-94-145-24_cs , October 14, 1994; E-A-87-2-36, January 12, 1994; E-A-92-16-24, March 21, 1994; E-W-90-87-9, February 6, 1994; E-W-91-49-08, May 23, 1994; FAA-N-91-2-35, March 17, 1994; IND-94-3-10, March 11, 1994; IND-94-3-11_cs, March 11, 1994; IND-94-3-13_cs, March 11, 1994;  IND-94-, March 11, 1994; IND-94-, March 11, 1994;

IND-94-3-24, March 11, 1994; IND-94-5-05, March 11, 1994; IND-94-7-15_cs, March 11, 1994;

IND-94-7-32, March 11, 1994; IND-94-7-33, March 11, 1994; IND-94-8-36, March 11, 1994;

IND-94-9-22,, March 11, 1994; IND-94-10-09_cs, March 11, 1994; IND-94-10-14_cs, March 11, 1994; IND-94-10-22_cs, March 11, 1994; IND-94-11-36_cs, March 11, 1994; IND-94-11-37, March 11, 1994; IND-94-12-10, March 11, 1994; IND-94-12-35, March 11, 1994;

IND-94-13-09, March 11, 1994; IND-94-13-31, March 11, 1994; IND-94-15-33_cs, March 11, 1994; IND-94-16-17, March 11, 1994; IND-94-17-03, March 11, 1994; IND-94-17-11, March 11, 1994; IND-94-17-25_cs, March 11, 1994; IND-94-17-31, March 11, 1994; IND-94-17-34, March 11, 1994; IND-94-17-36, March 11, 1994; IND-94-18-38_cs, March 11, 1994; IND-94-19-30, March 11, 1994; IND-94-20-35, March 11, 1994; IND-94-22-13_cs, March 11, 1994; IND-94-23-02, March 11, 1994; IND-94-23-05, March 11, 1994; IND-94-23-08_cs, March 11, 1994; IND-94-23-10_cs, March 11, 1994; IND-94-23-12_cs, March 11, 1994;

IND-94-24-31, March 11, 1994; IND-94-25-32-, March 11, 1994; IND-94-25-34, March 11, 1994; IND-94-27-29, March 11, 1994; IND-94-27-31, March 11, 1994; IND-94-28-13_cs, March 11, 1994;IND-94-28-14_cs, March 11, 1994; IND-94-30-26_cs, March 11, 1994; IND-94-30-27_cs, March 11, 1994; IND-



*0000VA000020741170402*

94-30-28, March 11, 1994; IND-94-32-12, March 11, 1994;
IND-94-32-16, March 11, 1994; IND-94-32-21, March 11, 1994; IND-94-40-14, March 11, 1994; IND-94-40-29, March 11, 1994; IND-94-40-37, March 11, 1994; IND-94-41-16, March 11, 1994;
IND-94-41-27, March 11, 1994; IND-94-41-28, March 11, 1994; IND-94-42-24, March 11, 1994;
IND-94-42-31, March 11, 1994; IND-94-44-06, March 11, 1994; IND-94-44-08, March 11, 1994;
IND-94-44-11, March 11, 1994; IND-94-44-24, March 11, 1994; IND-94-44-31, March 11, 1994; IND-94-45-19, March 11, 1994; IND-94-45-37, March 11, 1994; IND-94-46-06, March 11, 1994; IND-94- 46-10, March 11, 1994; IND-94-46-11, March 11, 1994; IND-94-46-15, March 11, 1994; IND-94-46-17, March 11, 1994; IND-94-47-29, March 11, 1994; IND-94-48-21, March 11, 1994; IND-94-47-29, March 11, 1994; IND-94-48-24, March 11, 1994; IND-94-48-28, March 11, 1994; IND-94-49-22, March 11, 1994; IND-94-50-15, March 11, 1994; IND-94-50-30, March 11, 1994;

IND-94- 50-33, March 11, 1994; IND-94-52-01, March 11, 1994; IND-94-52-17_cs, March 11, 1994; IND-94-52-37, March 11, 1994; IND-94-53-05, March 11, 1994; IND-94-53-30_cs, March 11, 1994; IND-94-54-03, March 11, 1994; IND-94-55-02_cs, March 11, 1994; IND-94-58-06, March 11, 1994; IND-94-59-21_cs, March 11, 1994; IND-94-60-01, March 11, 1994; IND-94-60-03, March 11, 1994; IND-94-60-13, March 11, 1994; IND-94-60-14, March 11, 1994; IND-94-60-15, March 11, 1994; IND-94-60-16, March 11, 1994; IND-94-60-18, March 11, 1994; IND-94-60-36, March 11, 1994; IND-94-62-37, March 11, 1994; IND-94-63-22, March 11, 1994; IND-94-63-23, March 11, 1994; IND-94-64-05_cs, March 11, 1994; IND-94-64-19_cs, March 11, 1994; IND-94-64-28_cs, March 11, 1994; IND-94-64-30_cs, March 11, 1994; IND-94-66-31, March 11, 1994; IND-94-66-33, March 11, 1994; IND-94-67-28_cs, March 11, 1994; IND-94-69-09_cs, March 11, 1994; IND-94-69-10_cs, March 11, 1994; IND-94-69-18, March 11, 1994; IND-94-69-32, March 11, 1994; IND-94-69-37, March 11, 1994; IND-94-70-14, March 11, 1994; IND-94-70-15, March 11, 1994; IND-94-70-16_cs, March 11, 1994; IND-94-72-28_cs, March 11, 1994; IND-94-73-08, March 11, 1994; IND-94-73-17_cs, March 11, 1994; IND-94-74-05, March 11, 1994; IND-94-75-08, March 11, 1994; IND-94-75-14, March 11, 1994; IND-94-75-24, March 11, 1994; IND-94-77-16_cs, March 11, 1994; IND-94-77-22, March 11, 1994;

IND-94-77-24, March 11, 1994; IND-94-77-26, March 11, 1994; IND-94-78-04, March 11, 1994; IND-94-78-06, March 11, 1994; IND-94-78-20_cs, March 11, 1994; IND-94-78-27_cs, March 11, 1994; IND-94-81-12, March 11, 1994; IND-94-81-38_cs, March 11, 1994; IND-94-84-17_cs, March 11, 1994; IND-94-85-05, March 11, 1994; IND-94-85-32_cs, March 11, 1994; IND-94-86-04, March 11, 1994; IND-94-86-17_cs, March 11, 1994; IND-94-87-22, March 11, 1994; IND-94-88-03, March 11, 1994; IND-94-88-04, March 11, 1994; IND-94-88-06_cs, March 11, 1994; IND-94-88-07, March 11, 1994; IND-94-88-12, March 11, 1994; IND-94-88-19, March 11, 1994; IND-94-88-32, March 11, 1994; IND-94-88-36, March 11, 1994; IND-94-90-02_cs, March 11, 1994; IND-94-90-14_cs, March 11, 1994; IND-94-91-20_cs, March 11, 1994; IND-94-95-35, March 11, 1994; IND-94-96-19_cs, March 11, 1994; IND-94-, March 11, 1994; IND-94-, March 11, 1994; IND-94-, March 11, 1994; IND-94-, March 11, 1994; IND-94-96-20_cs, IND-94-97-01, March 11, 1994; IND-94-97-12, March 11, 1994; IND-94-97-13, March 11, 1994; IND-94-97-18, March 11, 1994; IND-94-97-27, March 11, 1994; IND-94-97-35_cs, March 11, 1994; IND-94-99-04, March 11, 1994; IND-94-99-06, March 11, 1994; IND-94-99-08, March 11, 1994; IND-94-99-14, March 11, 1994; IND-94-99-17, March 11, 1994; IND-94-99-18, March 11, 1994; IND-94-99-19, March 11, 1994; IND-94-100-02, March 11, 1994; IND-94-100-10, March 11, 1994; IND-94-100-19, March

Harrington v. MHE 000256

11, 1994; IND-94-100-20, March 11, 1994; IND-94-100-36, March 11, 1994; IND-94-100-37, March 11, 1994; IND-94-101-03, March 11, 1994; IND-94-103-30, March 11, 1994; IND-94-105-37, March 11, 1994; IND-94-106-23, March 11, 1994; IND-94-106-25, March 11, 1994; IND-94-107-03_cs, March 11, 1994; IND-94-107-04_cs, March 11, 1994; IND-94-107-05, March 11, 1994; IND-94-107-07, March 11, 1994; IND-94-107-09, March 11, 1994; IND-94-107-16, March 11, 1994;

IND-94-107-19, March 11, 1994; IND-94-107-30, March 11, 1994; IND-94-108-03_cs, March 11, 1994; IND-94-108-04_rn_ss, March 11, 1994; IND-94-109-16, March 11, 1994; IND-94-109-23_cs, March 11, 1994; IND-94-109-28_cs, March 11, 1994; IND-94-110-14_cs, March 11, 1994; IND-94-110-15, March 11, 1994; IND-94-IND-94-110-21, March 11, 1994, March 11, 1994; IND-94-110-26, March 11, 1994; IND-94-111-16_cs, March 11, 1994; IND-94-111-19_cs, March 11, 1994; IND-94-111-24, March 11, 1994; IND-94-111-30_cs, March 11, 1994; IND-94-112-19, March 11, 1994; IND-94-113-16, March 11, 1994; IND-94-113-27, March 11, 1994; IND-94-113-31_cs, March 11, 1994; IND-94-114-01_cs, March 11, 1994; MEX-94-1-19_cs, April 15, 1994; MEX-94-1-19_cs, April 15, 1994; MEX-94-1-25_cs, April 15, 1994; MEX-94-3-34_cs, April 15, 1994; MEX-94-4-27_cs, April 15, 1994; MEX-94-6-28_cs, April 15, 1994; MEX-94-7-32_cs, April 15, 1994; MEX-94-11-37_cs, April 15, 1994; MEX-94-13-22_cs, April 15, 1994; MEX-94-18-30_cs, April 15, 1994; USA-W-94-2-33, November 16, 1994; USA-W-94-2-34, November 16, 1994; USA-W-94-4-34, November 16, 1994; USA-W-94-5-13, November 16, 1994; USA-W-94-5-15, November 16, 1994;
USA-W-94-5-26, November 16, 1994; USA-W-94-6-23 November 16, 1994; USA-W-94-9-10, November 16, 1994; USA-W-94-9-14, November 16, 1994; USA-W-94-11-15, November 16, 1994; USA-W-94-11-21, November 16, 1994;

USA-W-94-19-31_cs, November 16, 1994; USA-W-94-21-38, November 16, 1994;
USA-W-94-22-02, November 16, 1994; USA-W-94-22-13, November 16, 1994; USA-W-94-24-01, November 16, 1994; USA-W-94-24-04, November 16, 1994;

USA-W-94-24-07_cs-2, November 16, 1994; USA-W-94-24-19_cs, November 16, 1994;

USA-W-94-29-21, November 16, 1994; USA-W-94-29-28, November 16, 1994;

USA-W-94-29-35, November 16, 1994; USA-W-94-30-02, November 16, 1994;

USA-W-94-30-06, November 16, 1994; USA-W-94-30-08, November 16, 1994; USA-W-94-30-33, November 16, 1994; USA-W-94-30-36_cs, November 16, 1994;

USA-W-94-31-21, November 16, 1994; USA-W-94-31-36, November 16, 1994;

USA-W-94-31-37, November 16, 1994; USA-W—94-32-11, November 16, 1994; USA-W-94-1-19_cs, November 16, 1994; USA-W-94-32-29, November 16, 1994; USA-W-94-33-06, November 16, 1994; USA-W-94-33-28, November 16, 1994; USA-W-94-33-30, November 16, 1994; USA-W-94-34-22_cs, November 16, 1994; USA-W-94-34-23_cs, November 16, 1994; USA-W-94-35-04_cs, November 16, 1994.

## Completion/Publication

**Year of Completion:** 1994
**Date of 1st Publication:** January 15, 1994

Harrington v. MHE 000257

**Nation of 1st Publication:**   United States

## Author

- **Author:**   Blaine Harrington III
**Author Created:**   photograph
**Work made for hire:**   No
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Blaine Harrington III
7533 South Overlook Way, Littleton, CO, 80128, United States

## Rights and Permissions

**Name:**   Blaine Harrington III
**Email:**   blaineharr@comcast.net
**Telephone:**   (303)932-9062
**Address:**   7533 South Overlook Way
Littleton, CO 80128 United States

## Certification

**Name:**   Blaine G. Harrington III
**Date:**   November 03, 2017

**Correspondence:**   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-074-713

**Effective Date of Registration:**
November 11, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Blaine Harrington III Photography Group Registration Photos, published January 9, 1996 to October 18, 1996. |
| **Previous or Alternate Title:** | Group Registration/Photographs   approximately 40 photos  - published 1-5996931637 |
| **Content Title:** | ANZ-912-17-29, January 9, 1996; C-W-86-5-25, January 16, 1996; C-W-86-5-28, January 16, 1996; C-W-86-5-29, January 16, 1996; C-W-86-5-30, January 16, 1996; C-W-86-6-6, January 16, 1996; CO-D-96-LS-28-36, October 18, 1996; CO-D-96-LS-29-33, October 18, 1996; E-84-143-21, January 13, 1996; E-85-19-18, January 20, 1996; E-87-18-33, February 2, 1996; E-87-93-17, February 2, 1996; E-87-94-02, February 2, 1996; E-87-94-06, February 2, 1996; E-87-94-07, February 2, 1996; E-W-86-10-35-2, January 19, 1996; E-W-86-20-33, January 19, 1996; E-W-86-20-25, January 19, 1996; E-W-86-23-29, January 19, 1996; NG-BAW-85-8-23, January 11, 1996; NG-BAW-85-8-26, January 11, 1996; NG-BAW-85-12-15, January 11, 1996; NG-BAW-85-12-17, January 11, 1996; NG-BAW-85-12-21, January 11, 1996; NG-BAW-85-12-27, January 11, 1996; NG-BAW-85-12-28, January 11, 1996; NG-BAW-85-12-29_cs, January 11, 1996; NG-BAW-85-12-29, January 11, 1996; NG-BAW-85-12-32, January 11, 1996; NG-BAW-85-13-03, January 11, 1996; NG-BAW-85-13-5, January 11, 1996; NG-BAW-85-16-34_cs, January 11, 1996; NG-BAW-85-16-34, January 11, 1996; NG-BAW-85-64-29, January 11, 1996; NG-BAW-85-97-26, January 11, 1996; NG-BAW-85-127-25_cs, January 11, 1996; NG-BAW-85-130-33, January 11, 1996; NG-BAW-85-130-34, January 11, 1996; NG-BAW-85-140-04_cs, January 11, 1996; USA-W-94-6-28, January 19, 1996. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1996 |
| **Date of 1st Publication:** | January 09, 1996 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Blaine Harrington III |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

Harrington v. MHE 000263

## Copyright Claimant

**Copyright Claimant:** Blaine Harrington III
7533 South Overlook Way, Littleton, CO, 80128, United States

## Rights and Permissions

**Name:** Blaine Harrington III
**Email:** blaineharr@comcast.net
**Telephone:** (303)932-9062
**Address:** 7533 South Overlook Way
Littleton, CO 80128 United States

## Certification

**Name:** Blaine G. Harrington III
**Date:** November 11, 2017

**Correspondence:** Yes

Harrington v. MHE 000264