# Exhibit 2

To the Declaration of Blaine Harrington in Support of Plaintiff's Motion for Partial Summary Judgment

*Harrington v. McGraw-Hill Global Education Holdings LLC et al.*
Civil Action No. 1:17-cv-02960-RM-KMT

902 BROADWAY, 3RD FLOOR   W  WWW.CORBIS.COM      P  +1.212.777.6200
NEW YORK, NY 10010  USA   E  INFO@CORBIS.COM     F  +1.212.533.4034



November 7, 2005

Blaine Harrington III
7533 South Overlook Way
Littleton, CO 80128-2544

## PHOTOGRAPHER REPRESENTATION AGREEMENT

Dear Blaine Harrington III:

Corbis Corporation ("Corbis" or "we") uses innovative technologies to deliver the broadest and best collection of photography and fine art to creative professionals, business users, news media, and consumers. To achieve those ends, we act as a worldwide agent for distribution and representation of photographers, artists, and art collections. We are excited to have you be part of our team. This Agreement sets forth the standard terms for our contributing photographers. The following attachments are also part of this Agreement:

- ☒ Standard Terms & Conditions
- ☒ Royalty Schedule
- ☒ Representation & Use Rider
- ☒ Corbis Copyright Registration Program
- ☐ Consumer Use /Merchandise Rider
- ☐ International Rider

The Agreement is between Corbis, by and on behalf of our affiliates, and **Blaine Harrington III** ("you"). It may contain capitalized terms that you will find defined in the Standard Terms & Conditions. The Agreement is effective as of ___Dec. 9___, 2005 ("Effective Date").

**How Corbis Represents Your Images**

Corbis reviews and selects images and represents them for all uses in the categories described below. Images that we select for representation are known as "Accepted Images" and are subject to the terms and conditions of this Agreement. At the time you submit your images, you may specify that an image is not available for a category listed below and you may notify Corbis of any restrictions on the use of the image. If you do not advise us of a licensing restriction or indicate at the time of submission that an image is not available for a certain category, we retain the right to select and represent the images for all uses in the following categories:

- **"Limited Rights"** means those rights licensed by Corbis to end-users that specify a particular use and may limit the time, manner, and frequency of such use. These rights do not include those commonly referred to as "royalty-free" licensing.

Initials
You: _BH_
Page 1            Corbis: _/b_

- **"Broad Rights"** means those rights contained in the end-user license to the Accepted Image which permit the end-user for payment of a single fee to use such images in broad categories as permitted by the license and without the need to negotiate separate licenses for each use. Under Broad Rights, the Accepted Image can be licensed and distributed in a collection with other images, and the rights granted are commonly referred to as "royalty-free licensing." Broad Rights includes limited business presentation use, such as in PowerPoint® presentations.

**Your Compensation**

Corbis pays you royalties for the license of your Accepted Images as described in the Standard Terms & Conditions and Royalty Schedule. Corbis does not impose any marketing or catalog charges, or scanning and duplication charges for your Accepted Images. No compensation is due for Corbis' promotional use of Accepted Images when used as permitted hereunder. If Corbis or its affiliates desire to license an Accepted Image for a use not otherwise permitted under this agreement, such license shall be on terms consistent with those granted by Corbis to its third party clients.

**Corbis' Submission and Review Process**

*Practices and Policies* – Enclosed with this Agreement is our current standard "submission practices and policies" document, designed to assist you in submitting images and caption information in a format compatible with our current processes. We may change these standard practices and policies during the term of this Agreement and will provide you with any revised versions. If such revised versions are materially changed, such versions shall apply only to any Accepted Images submitted by you following your receipt of such revised versions. When you submit photographs, you agree to comply with the current practices and policies, and to notify Corbis of any restrictions to Corbis' rights to license such images.

*Digitizing Accepted Images* – We will use reasonable efforts to promptly review submitted images and will inform you of which images we select for representation. At our expense and as part of Corbis' process of digitizing any Accepted Image (that is, converting an Accepted Image into digital format), you agree that Corbis may retouch the digital file to ensure that the digital version accurately represents the original Accepted Image. This retouching may include color correction, removal of incidental dust and dirt, enhancement and preservation of detail, and the correction of reversal or flopping if such reversal or flopping occurs during the scanning process. Corbis respects the special ethical considerations associated with editorial and news photography and will not intentionally and materially alter the fundamental nature of the subject matter depicted in such Accepted Images or the caption information. If an Accepted Image contains errors as a result of our digitizing, Corbis will use commercially reasonable efforts to correct such error. Upon completion of this process and at our expense, we will promptly return to you the analog originals of your Accepted Images.

**Corbis as Your Licensor**

*Appointment of Corbis* – For all Accepted Images, you appoint Corbis as your licensor throughout the world for all conceivable uses in the licensing categories listed above and on the basis specified in the Representation & Use Rider.

*License Grant* – On the basis specified in the Representation & Use Rider, you grant to Corbis all rights throughout the universe necessary for Corbis and our customers to use Accepted Images as permitted in this Agreement, to exercise directly or through our affiliates, subagents, partners, and customers. We may determine at our sole discretion the terms and conditions of any license or distribution of your Accepted Images, subject to the rights granted and restrictions imposed by you and

Page 2

Initials
You: *BH*
Corbis: ___

Harrington v. MHE 000327

the limitations contained in this Agreement. The rights granted by you include but are not limited to the right to use, reproduce, publish, exhibit, perform, publicly display, distribute, broadcast and transmit the Accepted Images, and to create derivative works (subject to restrictions in this Agreement) of the Accepted Image in the licensing categories authorized by you. Corbis may exercise all the foregoing rights in any and all formats or media (including without limitation online use), whether now known or hereafter devised, throughout the universe, and in connection with the licensing of Accepted Images. The rights granted by you also include the right of Corbis to sublicense to and authorize Corbis' customers, subject to the terms of this Agreement and Corbis' end-user license agreements, to exercise the rights listed above when using Accepted Images.

*Promoting and Testing Accepted Images* – Corbis promotes the Accepted Images and the Corbis Web site and licensing categories containing Accepted Images in a variety of ways, including, without limitation, catalogs, fliers, online picture galleries, and electronic mail notices. For the purpose of such promotions, you grant Corbis the right to use the Accepted Images in promotional print, digital, and online materials and promotional products that promote the Accepted Images and/or Corbis. No compensation shall be due you for the use of Accepted Images in such promotional uses, or for the indirect revenues received by Corbis from sponsors or advertisers (including their banner ads) who may advertise, appear or participate in Corbis' online environments, provided that if Corbis receives any consideration (including barter) from third parties for use of your Accepted Image in third party promotions, such consideration shall be deemed Revenue for purposes of determining your royalties, unless Corbis opts instead to pay you your share of Revenue based on the fair market value for such promotional use. Additionally, these rights include the right to use Accepted Images as necessary to test or evaluate any technologies, systems, or processes that Corbis or our affiliates, subagents, partners, or customers may use to fulfill our obligations and exercise any rights granted under this Agreement. Provided that Corbis does not receive Revenue for the use of Accepted Images in such promotion and evaluative uses, no compensation is due you.

*Protecting Your Copyright* – You shall retain ownership of the copyright in your Accepted Images in all forms, including digital and analog. Corbis encourages you to register the copyright in your photographs and employs several methods to help protect your image from infringement. So that we may better protect your images and pursue infringers, you may voluntarily choose to participate in our Copyright Registration Program. If you participate, Corbis will register the copyright in your unpublished Accepted Images on your behalf and at our expense. We will then assign back to you all rights in your Accepted Images. A description of this program and an enrollment form are attached, and you should indicate whether you wish to participate in this voluntary, no-cost program. **Nothing in this Agreement or our Copyright Registration program shall grant Corbis ownership in the copyright for your image or permit Corbis to exploit any rights in your Accepted Image that are not permitted in this Agreement. Any Accepted Images that Corbis has previously registered on your behalf under our Copyright Registration program shall be governed and interpreted by this Agreement.**

*Ownership of Originals and Duplicates* – You shall retain ownership of all original negatives, transparencies, or digital files you provide to Corbis. Corbis shall own the physical dupes and the digital files we create. Unless approved by Corbis in writing, you shall not provide any digital file created by Corbis to any other party for any purpose. Upon termination of this Agreement, Corbis shall return any analog originals or transparencies, destroy all analog dupes and remove and destroy all digital files containing Accepted Images and any Corbis enhancements.

Page 3

Initials
You: *BH*
Corbis: ___

Harrington v. MHE 000328

*Term* – This Agreement commences on the Effective Date and lasts for an initial term of three (3) years (plus the survival period referenced in Section 10 of the Standard terms and Conditions). Upon expiration of the initial term, this Agreement will renew on a year-to-year basis unless terminated by either party by written notice upon at least ninety (90) days written notice prior to the anniversary date of the Effective Date. This Agreement becomes effective when countersigned by Corbis.

We look forward to a long, amicable, and mutually beneficial relationship with you.

Sincerely,

Joyce Faust
Senior Photo Editor

**Agreed and Accepted:**

| CORBIS CORPORATION | PHOTOGRAPHER |
|---|---|
| Dexter-Horton Building | Blaine Harrington III |
| 10 Second Avenue, Suite 200 | 7533 South Overlook Way |
| Seattle, WA 98104 | Littleton, CO 80128-2544 |
| Phone: (206) 373-6000 | Email: blaineharr@aol.com |
| Fax: (206) 373-6100 | |
| By (Signature) *[signed]* | By (Signature) *Blaine Harrington* |
| Name (Print) Branquist | Name (Print) BLAINE HARRINGTON III |
| Title Editorial Director | Title PHOTOGRAPHER |
| Date December 9, 2005 | Date 11/22/2005 |
| | Preferred Byline BLAINE HARRINGTON III |
| | Taxpayer ID Number [redacted] |
| | Phone 303-932-9062    Fax 303-932-9067 |
| | Mobile                 Evening 303-932-9062 |

## Standard Terms & Conditions

1. **Definitions**

    1.1  **"Accepted Image"** means an image, composite, or collection of images, film, or illustration, in analog or digital form, supplied by you to Corbis and accepted by Corbis for representation, with or without any caption or related textual information.

    1.2  **"Revenue"** means the gross amount received by Corbis from its customers, distributors, resellers, agents, or international subagents for licenses of Accepted Image(s), less any actual shipping costs, taxes, duties, returns or credits, or the distributor fee paid for licenses made by Corbis offices located outside the country of the Home Office.

    1.3  **"Similar"** means a photographic image, in analog or digital form, whose principal elements are depicted in a way that, when compared side by side to an Accepted Image, would cause an industry professional to believe they are substantially the same.

2. **Prior Agreements.** Corbis and you agree that any materials, in analog or digital form, supplied by you to Corbis and accepted by Corbis (or its predecessor-in-interest) under any prior agreements, except for assignment/work-for-hire agreements (that is, agreements that transferred ownership of the work product to Corbis or its predecessor-in-interest), shall be deemed Accepted Images under this Agreement, and, except as specifically provided for to the contrary, all rights and obligations relating to such Accepted Images under such prior agreements shall be governed solely by the terms and conditions of this Agreement. Corbis acknowledges that images submitted and accepted under prior agreements may have been licensed to Corbis on a non-exclusive basis and/or may have been submitted with listed restrictions and, except as specifically agreed to by you, Corbis agrees to honor those prior restrictions and nothing in this Section shall be construed as granting to Corbis an exclusive license to such prior images.

3. **Payment.** Corbis shall make monthly payments to you within thirty (30) days from the end of each month. Your written statement shall include the Revenue from the sale of the Accepted Image(s). All payments shall be made and calculated in U.S. dollars unless otherwise specified in the International Rider. Corbis may withhold taxes and other fees from payments to you if required by applicable law. Such payments shall be your sole compensation for the licensing or use of any Accepted Image.

4. **Audit Rights.** No more than once per year, you may request in writing an audit of Corbis' records with respect to sales of your Accepted Images. Such audit shall occur within sixty (60) days of your request at a location and time approved by Corbis. The auditor shall be subject to Corbis' prior written approval, not to be unreasonably withheld (and not required if such auditor is a validly licensed certified public accountant). The auditor shall sign Corbis' current non-disclosure Agreement and shall be granted access to all materials that are reasonably necessary in order to perform the audit. The audit shall be at your expense. If a deficit occurs, Corbis shall pay you the actual dollar amount of such deficit and interest of the lesser of the prime rate or twelve percent (12%) per annum, and if the audit reveals an error of more than ten percent (10%) of funds due you, the reasonable costs of such audit. You shall not be entitled to sums, interest, or any other form of financial or equitable relief beyond that provided in the preceding sentence.

5. **Indemnification/Warranties**

    5.1  **Warranties.** You represent and warrant to Corbis that, to the best of your knowledge: (i) you are the sole owner of each Accepted Image and its copyright and have the right to grant Corbis the licenses hereunder; (ii) the Accepted Images are original and do not infringe on the statutory copyright or common law right of and do not defame any third party; (iii) you have the right to enter into this Agreement and perform your obligations hereunder, and do not hold membership in any trade group or collective society that would otherwise impair your obligations or impose additional requirements on Corbis; (iv) caption information that you may be required to submit for the Accepted Images is accurate and complete; (v) except for consents and fees for any persons or property depicted in Accepted Images, Corbis may use the Accepted Images as provided herein without obtaining any additional consents or permissions or the payment of additional fees to third parties, except for a) restrictions regarding the use of Accepted Images provided by you at the time of submission, or b) uses involving sensitive subject topics, unless Accepted Images are specifically released for sensitive subjects.

    5.2  **Photographer Indemnification.** You agree to indemnify, save, and hold Corbis and its successors, officers, directors, employees, and agents harmless from any and all claims, demands, losses, or damages (including reasonable attorneys' fees and expenses) arising out of or in connection with any claim by a third party which results in a bona fide settlement, claim, or adjustment which if proved true would constitute a breach of the representations and warranties set forth in this Section 5.1, or your obligations listed in the Representation and Use Rider, provided that such indemnity shall not apply to Accepted Images that have been modified by Corbis or its customers without your authorization if such claim would not have arisen but for such modification.

    5.3  **Corbis Indemnification.** Corbis shall indemnify and hold you harmless for any claims arising solely out of (i) Corbis' promotion or licensing of your Accepted Images, or (ii) changes by Corbis to an Accepted Image, or (iii) our failure to follow any restrictions provided by you and accepted by Corbis, so long as such claims would not have arisen but for our changes or failure to follow such accepted restrictions, but excluding claims arising from your breach of any warranty, representation, or obligation under this Agreement. For any indemnification hereunder, Corbis shall have the absolute right to control any such litigation and settlement by and on your behalf, and shall seek your consent (not unreasonably withheld) only if you are required to contribute funds as part of such settlement. Additionally, if you use Corbis' then-current model/property release and promptly return such release unaltered and properly executed to Corbis, Corbis shall defend and hold you harmless from any and all claims, demands, losses, or damages (including reasonable attorneys' fees and expenses) arising solely out Corbis' or its customers' use of such model/property release.

6. **Protection of Accepted Images.** Corbis, in its sole discretion and without obligation to do so, shall have full and complete authority to make and settle claims or to institute proceedings in Corbis' or your name but at Corbis' expense to recover damages for Accepted Images lost or damaged by customers or other parties and for the unauthorized use of Accepted Images. You shall provide reasonable assistance in Corbis' efforts in connection with such claims or proceedings and notify Corbis of any infringements you become aware of during the term of this Agreement. Any recovery, after payment of all costs and expenses including outside attorneys' fees, shall be treated as Revenue and you shall receive the appropriate royalty, or 100% in the case of lost/damaged images. Following your notification, if Corbis declines to bring such a claim within sixty (60) days, we shall notify you, and you may bring actions in your own name at your own expense and retain all recoveries.

Initials
You: *BH*
Corbis: /*L*

Harrington v. MHE 000330

7.  **Limitation of Liability.**  YOU AGREE THAT CORBIS IS NOT LIABLE FOR ANY LOSS OR DAMAGE TO DIGITAL IMAGES OR DIGITAL MATERIAL SUBMITTED TO CORBIS AND YOU ARE REQUIRED TO PROVIDE OR MAINTAIN YOUR OWN BACKUP FILES FOR ANY DIGITAL IMAGE SUBMITTED TO CORBIS. UNDER NO CIRCUMSTANCES SHALL CORBIS' LIABILITY (WHETHER IN TORT, NEGLIGENCE, CONTRACT, OR OTHERWISE) FOR LOSS OR DAMAGE TO ANY ANALOG ACCEPTED IMAGES OR OTHER ANALOG IMAGES OR ANALOG MATERIALS PROVIDED TO CORBIS BY YOU EXCEED $100 PER IMAGE OR THE AGGREGATE OF $10,000, REGARDLESS OF THE NUMBER OF CLAIMS. IF THESE AMOUNTS ARE NOT ADEQUATE TO COVER THE VALUE OF YOUR ACCEPTED IMAGES, YOU SHALL BEAR SOLE RESPONSIBILITY FOR OBTAINING AND MAINTAINING ADEQUATE INSURANCE FOR PROTECTION OF THE ACCEPTED IMAGES, OTHER IMAGES, OR MATERIALS PROVIDED TO CORBIS. NO ACTION, REGARDLESS OF FORM, MAY BE BROUGHT BY YOU MORE THAN ONE (1) YEAR AFTER THE DATE OF THE ALLEGED LOSS OR DAMAGE. FOR ANY CLAIM UNDER THIS AGREEMENT, CORBIS SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, OR SPECIAL DAMAGES, EVEN IF CORBIS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU ACKNOWLEDGE THAT CORBIS WILL NOT BE RESPONSIBLE FOR MISUSE BY END-USERS OF THE ACCEPTED IMAGES.

8.  **Confidentiality.**  You shall maintain the confidentiality of any "confidential information" that Corbis may provide to you, and you shall not use or disclose the same without the prior written consent of Corbis. "Confidential information" means any information that is either designated as confidential by Corbis or that under the circumstances surrounding the disclosure ought in good faith be treated as confidential by you.

9.  **Credit Notices/Promotion.**  Corbis shall, and shall advise its licensees, customers, distributors, resellers, and agents to include a credit notice where appropriate along with the Accepted Images. Such notice may include Corbis' name as your agent. Corbis may use your name, image, and likeness and the Accepted Images to promote, advertise, and market Corbis' business.

10. **Termination**

    10.1 **Termination for Breach.**  Following a breach of this Agreement during its term, the non-breaching party may terminate this Agreement on (i) sixty (60) days written notice if the breaching party fails to cure the breach within such sixty (60) day period, or (ii) within a thirty (30) day period with respect to amounts due a party hereunder (except in the case of a bona-fide dispute regarding amounts due).

    10.2 **Effect of Termination**

        10.2.1  Except for termination due to Corbis breach for non-payment as governed by Section 10.1 (ii) above, upon expiration or termination of this Agreement, Corbis may continue to exercise the license rights granted herein for the following period after termination or expiration: three (3) years for all Accepted Images, five (5) years for commercially scanned Accepted Images, and, in the case of Accepted Images incorporated into Broad Rights products, for the life of such product, subject to all other relevant terms and conditions of this Agreement, including license restrictions and payment.

        10.2.2  Upon the expiration of the survival term described in Section 10.2.1, above, Corbis shall use reasonable efforts to recall and destroy duplicates of Accepted Images, and shall remove and destroy any digital versions from its databases and systems. If Corbis has retained any original negatives of Accepted Images, Corbis shall return such originals to you not more than nine (9) months following termination, or twelve (12) months for originals held in Corbis' foreign offices outside the U.S. Corbis' liability for all lost/damaged originals shall be covered by Section 7.

        10.2.3  Sections 1, 3-9, 10.2, 11, and 12 and the representation letter and all its other attachments (that by nature would reasonably survive) shall survive termination or expiration of this Agreement. Any licenses that Corbis has granted prior to the expiration or termination of this Agreement shall survive its expiration or termination.

11. **Notices.**  All notices and other communications which are required in this Agreement shall be in writing and delivered personally, via mail service, via facsimile with acknowledgment of receipt, or via email (followed by hardcopy delivered via mail service), to the addresses, or fax numbers set forth in the Agreement, or to such other addresses or fax numbers as either party shall have specified by notice in writing to the other party. Notices shall be deemed given when delivered personally, or if mailed, ten (10) business days after the date of mailing. Notices to Corbis should be sent to the attention of "General Counsel."

12. **General**

    12.1 **Independent Contractor.**  You operate an independent business apart from Corbis. Nothing in this Agreement creates a partnership, employer-employee relationship, or a joint venture between the parties. You are solely responsible for obtaining and maintaining all applicable business licenses and insurance, and for timely payment of all income, payroll, and employment-related taxes, including without limitation all unemployment, workers compensation, income tax withholding, social security, and any other taxes or public charges of any nature whatsoever.

    12.2 **Assignment.**  Your obligations hereunder are personal and may not be assigned without Corbis' prior written consent, not unreasonably withheld if assigned to a bona-fide legal entity organized and acting solely on your or your heir's behalf. Corbis may assign its rights and obligations under this Agreement to any Corbis affiliate or to any surviving party as part of a corporate reorganization, consolidation, merger, or sale. This Agreement shall be binding upon and shall inure to the benefit of the parties' heirs, executors, administrators, successors, and permitted assigns.

    12.3 **Law.**  This Agreement shall be governed by the laws of the State of New York, irrespective of its conflict of law rules. In any action arising out of this Agreement, you consent to personal jurisdiction and the exclusive venue of the state and federal courts sitting in New York City, New York.

    12.4 **Entire Agreement.**  This Agreement, including the representation letter, all attachments and other documents that are incorporated herein by reference, incorporates the entire understanding of the parties concerning the subject matter contained herein and may not be modified or amended except by a separate writing signed by both parties. Any and all prior agreements, oral or written, between the parties concerning the subject matter contained herein are hereby terminated, superceded, and are of no further force or effect.

    12.5 **Interpretation.**  The headings and numbering shall not be considered or given effect in construing this agreement. This Agreement shall not be interpreted against the party causing this agreement to be drafted. The English language version of this Agreement shall be used for interpretation of this Agreement, and any foreign language translations of this Agreement are provided by Corbis solely for convenience.

Initials
You: *BH*
Corbis: ___

Harrington v. MHE 000331

### Royalty Schedule

| License Type | Photographer Royalty Rate (% of Revenue) |
|---|---|
| Limited Rights | |
|     Editorial Use | 50% |
|     Commercial Use | 45% |
| Broad Rights | 20% |

**How Corbis Calculates Your Royalties**

*Limited Rights* – Corbis pays you Limited Rights royalties based on the nature of the use that we grant to our customers: commercial or editorial. Corbis determines this use at the time the license is invoiced. We use an internal tracking system; however, the specific designation of use shall be subject to our sole but reasonable discretion. In general, a commercial use is the use of an Accepted Image by Corbis' customers primarily to promote or advertise a product or service. An editorial use is the use of an Accepted Image in an illustrative or informative manner and not primarily intended for promotional or advertising use.

*Broad Rights* – If any Broad Rights license or product licensed and/or distributed by Corbis contains multiple Accepted Images, we calculate the payments due you on a pro rata basis, and your share equals the ratio of the number of Accepted Images to the total number of images in or available through the particular license or product.

*Sales Made by Corbis Foreign Offices* – You shall select your Home Office for the purposes of calculating Revenue. A Home Office includes all Corbis offices within the country of the Home Office. Corbis offices outside the country of the Home Office deduct from Revenue a thirty-five percent (35%) distributor fee for sales of Accepted Images invoiced by that office. Corbis will not charge this fee for sales of Accepted Images generated by third party international subagents, even if such sales are processed through a Corbis office outside of the country of the Home Office.

*Home Office (please circle one)*: Düsseldorf   Hong Kong   London   Paris   (U.S.A.)

*Payment Options* - By default, Corbis pays you royalties based on the average time it takes Corbis to receive payment from our customers (an average of our client accounts receivable and outstanding). Since customers often pay up to several months late, many photographers wish to receive their royalties faster and avoid the risk of customer's late or non-payment. Under Corbis' preferred payment option, Corbis pays you your Limited Rights royalties based on when Corbis invoices our customers, and not on the average time it takes our customers to pay Corbis. This option provides you with two significant benefits: you receive your royalties faster and you do not assume any risk for bad debts related to valid but uncollected sales. This option applies to Limited Rights sales made by Corbis and does not include sales made by third party subagents. Corbis charges a two percent (2%) fee of all Limited Rights Revenue if you choose this option.

*Preferred Payment Option (please circle one)*: Yes  (No)

Page 7

Initials
You: *BH*
Corbis: ___

Harrington v. MHE 000332

*Representation & Use Rider*

**Basis of Representation**

*Image Non-Exclusive* – You may designate at the time of submission whether you are submitting such material on an exclusive or non-exclusive basis. For all Accepted Images you designate as non-exclusive, you appoint Corbis as your non-exclusive licensor with respect to such Accepted Image and Corbis recognizes that others may also represent and license these images. For all Accepted Images you designate as exclusive, you appoint Corbis as your exclusive licensor with respect to Accepted Images, you agree that our representation of such exclusive Accepted Images shall be exclusive (though subject to any pre-existing uses that may have occurred prior to this Agreement), and you agree not to distribute these Accepted Images or any Similars on your own behalf or provide them to any other party for representation, licensing, or distribution without Corbis' prior written approval. Notwithstanding anything to the contrary, all Accepted Images submitted to Corbis on an exclusive basis will remain exclusive for the survival period specified in Section 10.2.1 of the Standard Terms & Conditions.

*Commercial Use of Accepted Images* – Accepted Images are intended for editorial and/or commercial use. Unless you notify Corbis that an Accepted Image is not available for commercial use, you grant Corbis the right to scan the Accepted Image commercially and license the Accepted Image for commercial use. Accordingly:

(a) You grant Corbis and our customers the right under applicable moral rights laws to crop, modify, alter, or manipulate the Accepted Image in a manner that may alter the fundamental nature of the subject matter depicted (but which will not violate any restrictions or terms of this Agreement);

(b) Corbis' customers may use the Accepted Image with any other material, regardless of form or content. This grant shall not limit any restrictions you have communicated to Corbis in writing at the time you submitted the image; and

(c) Any images you submit to Corbis that contain recognizable persons and/or depict property with unique intellectual property rights (and that you have marked as model and/or property released) must include model and/or property releases that comply with Corbis' then-current authorized model and/or property release form. You shall provide to Corbis copies of releases for all Accepted Images submitted as model and/or property released. You further warrant and represent that model and/or property release information is accurate and complete and that Corbis may use such Accepted Images without obtaining any additional consents or permissions or the payment of additional fees to third parties.

*Limited Right of First Refusal* – Corbis shall have the right of first refusal to review and represent all images you create specifically for Corbis after the Effective date. You agree to submit such images to Corbis prior to submitting them to any other party for representation, licensing, or distribution.

*Existing Images* – You agree to provide Corbis access to your existing collection of images if they are available for licensing. Corbis may select particular images from the collection for representation as provided in this Agreement and subject to any pre-existing obligations that may exist for such images.

*Broad Rights Licensing* – Unless designated by you at the time of submission, Accepted Images will not be available for Broad Rights licensing, and Corbis must obtain your separate written permission prior to using Accepted Images for Broad Rights licensing.

Page 8

Initials
You: *BH*
Corbis: *LL*

Harrington v. MHE 000333

***Limitation of Liability for Previously Submitted Material*** - You acknowledge that under your prior agreement with Corbis' predecessor-in-interest, The Stock Market ("TSM"), TSM was not liable for loss or damage to your original images, and you further agree, notwithstanding Section 7 of the Standard Terms and Conditions of this Agreement, that Corbis shall have no liability for loss or damage to any material including Accepted Image(s) that was originally submitted to TSM under such prior agreement.

Page 9

Initials
You: *BH*
Corbis: *TC*

Harrington v. MHE 000334

**Corbis Copyright Registration Program**

Your copyright is your livelihood. You own your copyright from the moment you create your photographs. However, to fully protect your copyright in the United States, you must register your copyright prior to any actual infringements or you lose the ability to recover punitive damages and court costs including attorneys' fees in an infringement suit. Without a copyright registration, you are limited to recovering only actual damages, and you still need to register before you can file suit.

Corbis recognizes the urgent need to register your copyright. In cooperation with the Picture Agency Council of America (PACA) and the U.S. Copyright Office, Corbis has adopted an existing program to assist in registering copyright in bulk for your unpublished images. The Copyright Office regulations require that for the purposes of bulk registration, only a single registrant may submit the registration. Therefore, you and Corbis must have a written agreement that assigns copyright to Corbis solely for the limited purpose of registering a copyright on your behalf. A copy of these regulations is available online from the Copyright Office at http://www.loc.gov/copyright/fls/fl107.pdf, and a detailed explanation of our program is available online at http://www.corbis.com/professional/copyright.

Because you assign your copyright to Corbis only for the purpose of registering your image, you lose no rights in your images. Corbis will assign back to you the entire copyright in your image within a reasonable period of time following completion of the registration process and receipt of the copyright certificate. We will also provide you with copies of all copyright certificates covering your images. This process will insure that you, the photographer, and Corbis acting as agent, have the full remedies for copyright infringement that the law allows. This process in no way jeopardizes your authorship in the copyrighted works and serves only to help process the copyright registration.

Corbis also uses this process to register its copyright in the compilation of various non-image elements included in the digital files. This registration, known as a compilation copyright, enables Corbis to protect its proprietary technology and its online archive. Corbis uses its compilation registration to help Corbis pursue infringers of your images. Our registration program provides Corbis with ownership rights only for the non-image elements compiled in the digital file such as technology or data used to display, watermark, and track the image. This compilation copyright does not give Corbis ownership of any rights to your image or your image's underlying copyright in any format (digital or otherwise).

Please review our copyright registration policy and indicate below if you wish to participate in this voluntary program. Corbis encourages you to register your copyright in all your images whether you use the Corbis Copyright Registration policy or register the copyright yourself.

---

*I have reviewed and wish to participate in the Corbis Copyright Registration Program. Solely for the purpose of registering my copyright on my behalf, I hereby assign to Corbis the right, title, and interest to the copyright in my Accepted Images. Upon completion of the copyright registration process and receipt of the copyright certificate covering my registered Accepted Image, Corbis shall promptly re-assign in writing to me all of my right, title, and interest in my Accepted Images that I transferred to Corbis. When re-assigning my rights to me, Corbis shall retain no rights to the copyright in my Accepted Image. Corbis shall retain ownership of the non-image elements that Corbis creates and compiles in its digital files. However, this compilation shall not permit Corbis to use any of my Accepted Images except as I have permitted under the Photographer Representation Agreement that I have executed with Corbis. Any Accepted Images that Corbis has previously registered on my behalf under its Copyright Registration program shall be governed and interpreted by this Agreement.*

By (Signature): *Blaine Harrington* 

Date: 11/22/2005

Initials
You: BH
Corbis: [initials]