# Exhibit 4

To the Declaration of Blaine Harrington in Support of Plaintiff's Motion for Partial Summary Judgment

*Harrington v. McGraw-Hill Global Education Holdings LLC et al.*
Civil Action No. 1:17-cv-02960-RM-KMT

# Blaine Harrington
## PHOTOGRAPHER



World-wide assignment and stock location photography

Phone: 303/932-9062  
Twitter: @blaineharr  
E-mail: blaine@blaineharrington.com  
Website: www.blaineharrington.com  
7533 South Overlook Way  
Littleton, Colorado 80128-2544 USA

Tax ID: 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

**STOCK PHOTOGRAPHY INVOICE**

**February 11, 2004**

Nora Agbayani  
Photo Research Coordinator  
McGraw-Hill Higher Education  
160 Spear Street, Suite 700  
San Francisco CA 94105  
415/357-8136

Invoice No:   1095

**Gilbert's Living with Art, 7th edition by Mark Getlein**

**This License expired on 2/11/2005 or as described below.**

**Usage Fees**

| | | |
|---|---:|---:|
| 1  Aerial view, exterior, Pantheon, Rome, Italy<br>• Duration: 1 Year • Maximum Image Size: 1/4 Page or less | 385.00 | 385.00 |
| 1  North American rights for above<br>• Duration: 1 Year | 96.25 | 96.25 |
| 1  discount for re-use<br>• Duration: 1 Year | -120.31 | -120.31 |
| PLEASE CREDIT BLAINE HARRINGTON III<br>• Duration: 1 Year | | 0.00 |
| THANK YOU.<br>• Duration: 1 Year | | 0.00 |

**Paid in Full**

| | |
|---|---:|
| Usage Fees | 360.94 |
| Subtotal | 360.94 |
| Tax | 0.00 |
| **Grand Total** | **360.94** |
| Less Payments | -360.94 |
| **Balance Due** | **USD $0.00** |

The following usage license will be granted upon payment in full of this invoice:

One-Time Non-Exclusive usage by Mc-Graw-Hill Higher Education to use the photographs described on this document, with a print run not to exceed 150,000 copies in one version only, for textbook For use in North America only. Languages: English Only. NO ELECTRONIC RIGHTS are granted in any form without an express license in writing. These photographs may not be used on the Internet for any purpose including revisions or electronic editions of printed work without said written license. NO PRINTED OR ELECTRONIC REVISIONS are granted with this

Subject to Terms and Conditions on Reverse Side

Page 1 of 2

Harrington v. MHE 000200

Nora Agbayani  
Photo Research Coordinator  
McGraw-Hill Higher Education  
160 Spear Street, Suite 700  
San Francisco CA 94105  
415/357-8136

Invoice No:  1095

**Gilbert's Living with Art, 7th edition by Mark Getlein**

license. Any additional usage, including said revisions must be negotiated with the copyright owner.

This License may not be transferred to a third party without the written consent of the copyright holder.

**Terms and Conditions:**
Terms: Payment is due upon receipt of this invoice.

Harrington v. MHE 000201

# Blaine Harrington
PHOTOGRAPHER

*World-wide assignment and stock location photography*

Phone: 303/932-9062  E-mail: blaine@blaineharrington.com  7533 South Overlook Way
Twitter: @blaineharr  Website: www.blaineharrington.com  Littleton, Colorado 80128-2544 USA

Tax ID: 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

**STOCK PHOTOGRAPHY INVOICE**
September 22, 2004

Laurie Fink-Green
Senior Permissions Coordinator
Macmillan/McGraw Hill
2 Penn Plaza, 21st floor
New York NY 10121 USA
212/904-5132

Invoice No:  1158

Music 2005 Pupil Edition, Grade P3

This License expired on 9/22/2005 or as described below.

**Usage Fees**

| | | |
|---|---|---|
| 1 ANZ-91/2-19-20 Maori cultural concert, New Zealand<br>• Duration: 1 Year • Maximum Image Size: 1/4 Page or less | 350.00 | 350.00 |
| 1 same image<br>• Duration: 1 Year • Maximum Image Size: website, 6 years | 140.00 | 140.00 |
| P. O. # MU05 PEX-P3-C1556-1873<br>• Duration: 1 Year | | 0.00 |

**Paid in Full**

| | |
|---|---|
| Usage Fees | 490.00 |
| Subtotal | 490.00 |
| Tax | 0.00 |
| **Grand Total** | **490.00** |
| Less Payments | -490.00 |
| Balance Due | USD $0.00 |

The following usage license will be granted upon payment in full of this invoice:

One-Time Non-Exclusive usage by Macmillan/McGraw Hill to use the photographs described on this document, with a print run not to exceed 250,000 copies in one version only, for textbook For use in the United States of America only. Minor revisions (in which not more than 10% of the photographic content has changed) are allowed. Web use on a password protected site allowed for up to six years with payment of additional fee.

This License may not be transferred to a third party without the written consent of the copyright holder.

**Terms and Conditions:**
Terms: Payment is due upon receipt of this invoice.

Subject to Terms and Conditions on Reverse Side  Page 1 of 1

Harrington v. MHE 000202

# Blaine Harrington
## PHOTOGRAPHER



*World-wide assignment and stock location photography*

Phone: 303/932-9062  
Twitter: @blaineharr  
E-mail: blaine@blaineharrington.com  
Website: www.blaineharrington.com  
7533 South Overlook Way  
Littleton, Colorado 80128-2544 USA

Tax ID: 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

**STOCK PHOTOGRAPHY INVOICE**

**August 10, 2006**

Alexandra Ambrose  
Senior Photo Editor  
McGraw-Hill Higher Education  
160 Spear Street, Suite 700

San Francisco CA 94105 USA  
415/357-8189

Invoice No:   1388

**Gilbert's Living with Art, 8th edition by Mark Getlein**

This License expired on 8/10/2007 or as described below.

**Usage Fees**

| | | |
|---|---|---|
| 1  Pantheon, exterior, aerial view  Rome, Italy<br>• Duration: 1 Year • Maximum Image Size: 1/4 Page or less | 405.00 | 405.00 |
| 1  North American rights for above<br>• Duration: 1 Year | 101.25 | 101.25 |
| 1  discount for re-use<br>• Duration: 1 Year | -126.56 | -126.56 |

**Paid in Full**

| | |
|---|---|
| Usage Fees | 379.69 |
| Subtotal | 379.69 |
| Tax | 0.00 |
| **Grand Total** | **379.69** |
| Less Payments | -379.69 |
| **Balance Due** | **USD $0.00** |

The following usage license will be granted upon payment in full of this invoice:

One-Time Non-Exclusive usage by McGraw-Hill Higher Education to use the photographs described on this document, with a print run not to exceed 150,000 copies in one version only, for textbook For use in North America only. Languages: English Only. NO ELECTRONIC RIGHTS are granted in any form without an express license in writing. These photographs may not be used on the Internet for any purpose including revisions or electronic editions of printed work without said written license. NO PRINTED OR ELECTRONIC REVISIONS are granted with this license. Any additional usage, including said revisions must be negotiated with the copyright owner.

This License may not be transferred to a third party without the written consent of the copyright holder.

**Terms and Conditions:**  
Terms: Payment is due upon receipt of this invoice.

Subject to Terms and Conditions on Reverse Side    Page 1 of 1

Harrington v. MHE 000205

# Blaine Harrington
## PHOTOGRAPHER

*World-wide assignment and stock location photography*



Phone: 303/932-9062  
Twitter: @blaineharr  
E-mail: blaine@blaineharrington.com  
Website: www.blaineharrington.com  
7533 South Overlook Way  
Littleton, Colorado 80128-2544 USA

Tax ID: 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

**STOCK PHOTOGRAPHY INVOICE**

May 15, 2009

Alexandra Ambrose  
Senior Photo Editor  
McGraw-Hill Higher Education  
160 Spear Street, Suite 700  

San Francisco CA 94105 USA  
415/357-8189

Invoice No:   1605

**Gilbert's Living with Art, 9th edition by Mark Getlein**

**This License expired on 5/15/2010 or as described below.**

**Usage Fees**

| | | |
|---|---:|---:|
| 1  Pantheon, exterior, aerial view, Rome, Italy<br>• Duration: 1 Year • Maximum Image Size: 1/4 Page or less | 405.00 | 405.00 |
| 1  North American rights for above<br>• Duration: 1 Year | 101.25 | 101.25 |
| 1  discount for re-use<br>• Duration: 1 Year | -126.56 | -126.56 |
| 1  @ 75% of discounted book rate<br>• Duration: 1 Year • Maximum Image Size: E-book rights | 284.77 | 284.77 |

**Paid in Full**

| | |
|---:|---:|
| Usage Fees | 664.46 |
| Subtotal | 664.46 |
| Tax | 0.00 |
| **Grand Total** | **664.46** |
| Less Payments | -664.46 |
| **Balance Due** | **USD $0.00** |

The following usage license will be granted upon payment in full of this invoice:

One-Time Non-Exclusive usage by McGraw-Hill Higher Education to use the photographs described on this document, with a print run not to exceed 100,000 copies and an ebook not to exceed 6,000 copies in one version only, for textbook For use in North America only. Languages: English Only. NO ELECTRONIC RIGHTS are granted in any form without an express license in writing. These photographs may not be used on the Internet for any purpose including revisions or electronic editions of printed work without said written license. NO PRINTED OR ELECTRONIC REVISIONS are granted with this license. Any additional usage, including said revisions must be negotiated with the copyright owner.

This License may not be transferred to a third party without the written consent of the copyright holder.

Subject to Terms and Conditions on Reverse Side                                    Page 1 of 2

Harrington v. MHE 000208

# Blaine Harrington
## PHOTOGRAPHER



*World-wide assignment and stock location photography*

Phone: 303/932-9062  
Twitter: @blaineharr  

E-mail: blaine@blaineharrington.com  
Website: www.blaineharrington.com  

7533 South Overlook Way  
Littleton, Colorado 80128-2544 USA  

Social Security: 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

**STOCK PHOTOGRAPHY INVOICE**

Holly Irish  
Lead Production Editor  
McGraw-Hill Higher Ed HSSL EDP  
160 Spear Street, Suite 500  
San Francisco, CA 94105 USA  
415/357-8168  

March 14, 2012  
Invoice No: 1754

Gilbert's Lving with Art, 10th edition by Mark Getlein

The following usage license will be granted upon payment in full of this invoice:

==One-Time== Non-Exclusive usage by McGraw-Hill Higher Ed HSSL EDP to use the photographs described on this document, with a ==print run not to exceed 100,000 copies==, in one version only, for use in a book, e-book (4,000 copies) and ten year license for password protected Image Bank For use in ==North America only.== Languages: English Only. NO ELECTRONIC RIGHTS are granted in any form without an express license in writing. These photographs may not be used on the Internet for any purpose including revisions or electronic editions of printed work without said written license. NO PRINTED OR ELECTRONIC REVISIONS are granted with this license. Any additional usage, including said revisions must be negotiated with the copyright owner.

This License may not be transferred to a third party without the written consent of the copyright holder.

**Terms: Payment is due upon receipt of this invoice.**    **This License Expires on: 3/14/2013**

| Qty | Tracking No | Description | Price | Total |
|---|---|---|---|---|
| 1 | | Maximum Size Image May Be Used: 1/3 page or less<br>Pantheon exterior, aerial view, Rome, Italy | $602.50 | $602.50 |
| 1 | | discount for re-use | -$150.63 | -$150.63 |
| 1 | | Maximum Size Image May Be Used: E-book and Image Bank use<br>published November 2012, 2013 copyright date | $338.90 | $338.90 |
| | | ISBN # 00073379255 | | |

| | | |
|---|---|---|
| | Subtotal | $790.77 |
| | Sales Tax | |
| | Grand Total | $790.77 |
| | Less Advance | |
| | **Total Due** | **$790.77** |

Subject to Terms and Conditions on Reverse Side        Page 1

**Terms and Conditions for Stock Photography Invoice**

[1] "Image(s)" means all viewable renditions furnished by Photographer hereunder, whether captured or stored in photographic, magnetic, optical, or any other medium whatsoever.

[2] All Images and rights therein, including copyright, remain the sole and exclusive property of Photographer. Unless otherwise provided herein, any grant of rights is limited to one (1) year from the date hereof to the territory of the United States.

[3] Client assumes insurer's liability (a) to indemnify Photographer for loss, damage, or misuse of any Images, and (b) to return all Images prepaid and fully insured, safe and undamaged, by bonded messenger, airfreight, or registered mail, within thirty (30) days after the first use thereof as provided herein, but in all events (whether published or unpublished) within ninety (90) days after the date of final licensed use. Client assumes full liability for its principals, employees, agents, affiliates, successors, and assigns (including without limitation independent contractors, messengers, and freelance researchers) for any loss, damage, delay in returning, or misuse of the Images.

[4] Reimbursement by Client for loss or damage of each original photographic transparency or film negative shall be in the amount of Two Thousand Dollars ($2,000), or such other amount set forth next to said item on the attached schedule. Reimbursement by Client for loss or damage of each other item shall be in the amount set forth next to said item on the attached schedule. Photographer and Client agree that said amount represents the fair and reasonable value of each item, and that Photographer would not sell all rights to such item for less than said amount. Client understands that each original photographic transparency and film negative is unique and does not have an exact duplicate, and maybe impossible to replace or re-create.

[5] Photographer shall receive credit for Images as specified on the face hereof, unless no placement is specified.

[6] Client may not make or permit any alterations, including but not limited to additions, subtractions, or adaptations in respect of the Images, alone or with any other material, except that cropping, and alterations of contrast, brightness, and color balance, consistent with reproduction needs may be made.

[7] Client will indemnify and defend Photographer against all claims, liability, damages, costs, and expenses, including reasonable legal fees and expenses, arising out of any use of any Images for which no release was furnished by Photographer, or any Images which are altered by Client. Unless furnished, no release exists. Photographer's liability for all claims shall not exceed in any event the total amount paid under this invoice.

[8] Client may not assign or transfer this agreement or any rights granted hereunder. This agreement binds and inures to the benefit of Photographer, Client, Client's principals, employees, agents, and affiliates, and their respective heirs, legal representatives, successors, and assigns. Client and its principals, employees, agents, and affiliates are jointly and severally liable for the performance of all payments and other obligations hereunder. No amendment or waiver of any terms is binding unless set forth in writing and signed by the parties. However, the invoice may reflect, and Client is bound by, oral authorizations for fees or expenses which could not be confirmed in writing because of insufficient time of shooting. This agreement incorporates by reference Article 2 of the Uniform Commercial Code, and the Copyright Act of 1976, as amended.

[9] Except as provided in (10) below, any dispute regarding this agreement shall be, at Photographer's sole discretion, either (1) arbitrated in Littleton, Colorado under rules of the American Arbitration Association and the laws of Colorado. Judgment on the arbitration award may be entered in any court having jurisdiction. Any dispute involving $2,500 or less may be submitted without arbitration to any court having jurisdiction thereof. Client shall pay all arbitration and court costs, Photographer's reasonable legal fees, and expenses, and legal interest on any award or judgment in the event of any award or judgment in favor of Photographer., or (2) adjudicated in Littleton, Colorado under the laws of Colorado. Client shall pay all court costs, Photographer's reasonable legal fees, and expenses, and legal interest on any award or judgment in the event of any award or judgment in favor of Photographer.

[10] Client hereby expressly consents to the jurisdiction of the Federal courts with respect to claims by Photographer under the Copyright Act of 1976, as amended.